UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROLANDO HUNTLEY,

      Plaintiff,                              Civil Action No. 13-CV-12979

v.                                            Honorable Patrick J. Duggan

WAYNE COUNTY JAIL,

      Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT, and DISMISSING THE COMPLAINT**

Plaintiff Rolando Huntley, proceeding *pro se*, filed this civil rights lawsuit alleging that he received inadequate medical treatment while incarcerated at Defendant Wayne County Jail. The Court referred all pretrial matters to Magistrate Judge R. Steven Whalen.

On January 28, 2015, Defendant filed a motion to dismiss and motion for summary judgment. Plaintiff did not file a response despite being ordered to do so by Magistrate Judge Whalen. On May 19, 2015, the Magistrate Judge issued a Report and Recommendation (R&R), recommending that the Court grant Defendant's motion and dismiss the complaint with prejudice. At the conclusion of the R&R, Magistrate Judge Whalen advised the parties that they may object and

seek review of the R&R within fourteen days, and that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." R&R at 5 (ECF No. 18). Plaintiff has not filed objections to the R&R and the time to do so has expired.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by the Magistrate Judge. The Court therefore adopts the R&R. Accordingly,

**IT IS ORDERED** that the R&R is **ADOPTED**;

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss and motion for summary judgment is **GRANTED**;

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

Dated: June 3, 2015      s/PATRICK J. DUGGAN
                         UNITED STATES DISTRICT JUDGE

Copies to:

Rolando Huntley
Margaret M. Flanagan, Esq.